IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARNI J. FRIEDMAN, M.D.,

Defendant.

No. C 09-80101 WHA

**ORDER REGARDING APPLICATION FOR WRIT OF GARNISHMENT**

The undersigned has received the government's application for a writ of continuing garnishment pursuant to 28 U.S.C. 3205(b)(1) of the Federal Debt Collection Procedures Act of 1990. The declaration submitted by Gwendolyn Roberts in support of this application satisfies all but one requirement of Section 3205(b)(1). Pursuant to Section 3205(b)(1)(A), the United States must also set forth the judgment debtor's "social security number (if known)." To ensure strict adherence to the requirements of the Act, the undersigned requests that the government file, *under seal*, a copy of the IRS Form 433-A or any other document in its possession that contains this mandatory information, or file a sworn declaration that this information is "not known" **BY NOON ON THURSDAY, FEBRUARY 25, 2010**.

**IT IS SO ORDERED.**

Dated: February 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE