JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7161
Facsimile: (415) 436-7169
stephen.johnson1@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARNI J. FRIEDMAN, M.D., <br><br> Defendant. <br><br> BLUE CROSS OF CALIFORNIA, dba, ANTHEM BLUE CROSS OF CALIFORNIA, <br><br> Garnishee. | No. CV 09-80101 MISC WHA <br><br><br> **ORDER GRANTING WRIT OF** <br> **CONTINUING GARNISHMENT** |

Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted. All required information under 28 U.S.C. 3205(b)(1) has been provided to the Court by the United States, and the United States has demonstrated that the garnishee designated in their application is proper under 28 U.S.C. 3205(b)(2).

ORDER GRANTING APPL. FOR WRIT OF
CONTINUING GARNISHMENT
CV 09-80101 MISC WHA           1

1    IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Blue Cross of California, dba Anthem Blue Cross of California, as Garnishee, for the purpose of garnishing defendant Marni J. Friedman's property (including nonexempt disposable earnings) in which the defendant has a substantial nonexempt interest, in order to satisfy the judgment entered in the above-captioned case against the Defendant.

IT IS FURTHER ORDERED that the United States shall serve the garnishee and the judgment debtor with a copy of the writ of garnishment and the accompanying notice with instructions, as required under 28 U.S.C. 3205(3). The United States shall certify to the Court that this service was made by **MARCH 11, 2010**. If and after the garnishee files an answer and if no hearing is requested, the United States shall submit to the Court a proposed order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property, as set forth in 28 U.S.C. 3205(7).

**IT IS SO ORDERED.**

Dated: March 1, 2010.

