| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | STEPHEN L. JOHNSON (CSBN 145771)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7161 |
| 7 | Facsimile: (415) 436-7169<br>stephen.johnson1@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 09-80101 MISC WHA |
| Plaintiff, | ) | |
| v. | ) | |
| MARNI J. FRIEDMAN, M.D., | ) | |
| Defendant. | ) | |
| BLUE CROSS OF CALIFORNIA dba, ANTHEM BLUE CROSS OF CALIFORNIA, | ) | **WRIT OF<br>CONTINUING GARNISHMENT** |
| Garnishee. | ) | |

TO: Blue Cross of California
dba Anthem Blue Cross of California
Corporate Headquarters/Legal Divison
2000 Corporate Center Drive
Newbury Park, CA 91320

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the

WRIT OF CONTINUING GARNISHMENT
CV 09-80101 MISC WHA                -1-

person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

> Marni J. Friedman, M.D.
> 325 Donna's Lane
> Hollister, CA 95023
> Social Security Number (last four digits): 8569

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the defendant for a debt in the original amount of $85,572.44. There is a balance due of approximately $107,164.83, which includes costs and interest computed through February 12, 2010.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant, including fee allowances or fee-for-service disbursements in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. The United States has requested that the sum of 25% of the defendant's disposable earnings, which under California law represents the nonexempt portion of the defendant's earnings, be withheld from the defendant's earnings.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a. Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

    b. a description of such property and the value of such property;

    c. a description of any previous garnishments to which such property is subject

and the extent to which any remaining property is not exempt; and

      d.   the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

    3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

        Clerk, United States District Court
        450 Golden Gate Avenue, 16th Floor
        P.O. Box 36060
        San Francisco, CA 94102.

At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

        Marni J. Friedman, M.D.
        325 Donna's Lane
        Hollister, CA 95023

        Stephen L. Johnson
        Assistant U.S. Attorney
        450 Golden Gate Avenue, 9th Floor
        P.O. Box 36055
        San Francisco, CA 94102.

Please note that the attached form answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO**

APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

RICHARD W. WIEKING,
Clerk of the United States
District Court for the Northern
District of California

Dated: 3-2-10          By: _____
                           Deputy Clerk     GLORIA ACEVEDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | |
| MARNI J. FRIEDMAN, M.D., | ) | **ANSWER OF GARNISHEE** |
| Defendant. | ) | |
| BLUE CROSS OF CALIFORNIA, dba, ANTHEM BLUE CROSS OF CALIFORNIA, | ) | |
| Garnishee. | ) | |

I, _____, being first duly sworn, hereby state the following:

1. I am the _____ of the Garnishee named in the above caption.
    (Official Title)

I am authorized to prepare this Answer on behalf of the Garnishee.

2. The Garnishee was served with the Writ of Continuing Garnishment on _____ in this action.

3. The Garnishee recognizes the Defendant recognized as an active medical provider. Yes\_\_\_\_\_ No\_\_\_\_\_

4. The Garnishee currently has custody, control, or possession of earnings, including fee allowances or fee-for service disbursements, money or property of the Defendant. Yes\_\_\_\_ No\_\_\_\_

5. The Garnishee expects to obtain custody, control, or possession of earnings, including fee allowances or fee-for-service disbursements, money or property of the Defendant

Answer of Garnishee
Blue Cross of California
CV 09-80101 MISC WHA

in the foreseeable future. Yes____ No____

6. The Garnishee has paid the Defendant money, including fee allowances or fee-for-service disbursements prior to the service of the Writ of Garnishment? Yes____ No____ If the answer is yes, then provide the following information for each item of such property:

| Type of Payment | Amount | Date Payment Was Disbursed |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

7. For the pay period in effect on the date of service of this Writ of Continuing Garnishment, the Garnishee states as follows:

    a. Defendant was in my/our employ. Yes____ No____

    b. The Defendant's pay period is ___weekly, _____bi-weekly, ___ semi-monthly, ___ monthly.

    c. The Defendant's present pay period began on _____. ("Present" means the pay period in which the Writ of Continuing Garnishment was served.)

    d. The Defendant's present pay period ends on _____.

    e. The Defendant's net wages are as calculated below:

        (1) Gross Pay                     $_____

        (2) Federal income tax      $_____

        (3) F.I.C.A. tax                $_____

        (4) State income tax        $_____

        (5) Total of tax withholdings  $_____

        Net Wages                    $_____
        (gross pay minus above withheld taxes)

8. Are there any other garnishments currently in effect? Yes____ No____ If the answers is yes, describe below and attach to this Answer a copy of each garnishment:

_____

_____

Answer of Garnishee
Blue Cross of California
CV 09-80101 MISC WHA          -2-

9. Will the Garnishee owe the Defendant money in the foreseeable future? Yes____ No____ If the answer is yes, provide the reason why such money will be owed, the amount of money that will be owed, and the date or dates on which each payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

10. Does the Garnishee currently have custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest? Yes____ No____ If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

11. Does the Garnishee expect to obtain in the foreseeable future custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest? Yes____ No____ If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |

4. _____  _____  _____  _____

      12.    Does the Garnishee have any objections or defenses to the Writ of Continuing Garnishment? Yes____ No____ If the answer is yes, list the nature and basis of each objection and/or defense:

_____

_____

_____

_____

| | |
|---|---|
| 1 | I hereby certify under penalty of perjury under the laws of the United States of America |
| 2 | that the foregoing is true and correct. |
| 3 | BLUE CROSS OF CALIFORNIA |
| 4 | |
| 5 | Dated: _____ By:_____ |
| 6 | (Sign above and type or print name below) |

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I,_____, declare: |
| 3 | That I am a citizen of the United States and employed in the County of _____, |
| 4 | State of _____; that my business address is |
| 5 | _____; that I am over the age of |
| 6 | eighteen years; and that I am not a party to the above-entitled action; |
| 7 | That on _____, I deposited in the United States mails, in envelopes |
| 8 | bearing the requisite postage, a copy of: |
| 9 | **ANSWER OF GARNISHEE** |
| 10 | addressed separately to each of the following: |
| 11 | Marni J. Friedman, M.D. |
| 12 | 325 Donna's Lane<br>Hollister, CA 95023 |
| 13 | Stephen L. Johnson |
| 14 | Assistant U. S. Attorney<br>450 Golden Gate Avenue, 9th Floor |
| 15 | P.O. Box 36055<br>San Francisco, CA 94102 |
| 16 | at their last known addresses at which place there is service by United States mail. |
| 17 | This Certificate is executed on _____, at_____. |
| 18 | I certify under penalty of perjury that the foregoing is true and correct. |
| 19 | |
| 20 | |
| 21 | _____<br>(Sign above and type or print |
| 22 | name below) |