1    JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3    JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division

4    STEPHEN L. JOHNSON (CSBN 145771)
    Assistant United States Attorneys

5

6    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7161

7    Facsimile:  (415) 436-7169
    stephen.johnson1@usdoj.gov

8

   Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13    UNITED STATES OF AMERICA,       )     No.  CV 09-80101 MISC WHA
                                   )

14        Plaintiff,                  )
                                   )

15       v.                            )
                                   )

16    MARNI J. FRIEDMAN, M.D.,        )
                                   )

17        Defendant.                )
                                   )

18 ————————————————————— )
                                   ) **WRIT OF**
   BLUE CROSS OF CALIFORNIA dba,  ) **CONTINUING GARNISHMENT**

19    ANTHEM BLUE CROSS OF         )
    CALIFORNIA,                 )

20                                      )
       Garnishee.                )

21 ————————————————————— )

22    TO:     Blue Cross of California
          dba Anthem Blue Cross of California

23          Corporate Headquarters/Legal Divison
         2000 Corporate Center Drive

24          Newbury Park, CA 91320

25    **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**
    **UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH**

26    **THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT**
    **INTEREST.**

27

      The name, last known address, and last four digits of the social security number of the

28

WRIT OF CONTINUING GARNISHMENT
CV 09-80101 MISC WHA            -1-

person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

> Marni J. Friedman, M.D.
> 325 Donna's Lane
> Hollister, CA 95023
> Social Security Number (last four digits): 8569

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the defendant for a debt in the original amount of $85,572.44. There is a balance due of approximately $107,164.83, which includes costs and interest computed through February 12, 2010.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant, including fee allowances or fee-for-service disbursements in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. The United States has requested that the sum of 25% of the defendant's disposable earnings, which under California law represents the nonexempt portion of the defendant's earnings, be withheld from the defendant's earnings.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a.    Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

    b.    a description of such property and the value of such property;

    c.    a description of any previous garnishments to which such property is subject

WRIT OF CONTINUING GARNISHMENT
CV 09-80101 MISC WHA     -2-

1    and the extent to which any remaining property is not exempt; and

2    d.    the amount of the debt you anticipate owing to the defendant in the future and

3    whether the period for payment will be weekly or another specified period.

4    For your convenience, a form which addresses the above-requested information is attached and

5    may be used to answer the Writ.

6    3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

7    (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the

8    original answer bearing the original signature of the person preparing the answer to the Court at

9    the following address:

10   Clerk, United States District Court
     450 Golden Gate Avenue, 16th Floor
11   P.O. Box 36060
     San Francisco, CA 94102.

12   At the same time you mail or deliver the original answer to the Court, you must also mail or

13   deliver a copy of the original answer to both the defendant and attorney for the United States at

14   the following respective addresses:

15

16   Marni J. Friedman, M.D.
     325 Donna's Lane
17   Hollister, CA 95023

18   Stephen L. Johnson
     Assistant U.S. Attorney
19   450 Golden Gate Avenue, 9th Floor
     P.O. Box 36055
20   San Francisco, CA 94102.

21   Please note that the attached form answer contains a certificate of service which needs to be

22   completed by the person mailing the copies of the answer to the defendant and the attorney for

23   the United States, and which needs to be filed with the Court along with the answer.

24   **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY**

25   **IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE**

26   **COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO**

27   **ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH**

28   **THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO**

1    APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY

2    WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR

3    THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH

4    PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT

5    MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES

6    AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME

7    SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION

8    REQUIRING YOU TO APPEAR.

9                                     RICHARD W. WIEKING,
                                      Clerk of the United States
10                                    District Court for the Northern
                                      District of California
11

12   Dated:  3-2-10          By:  _____
                                  Deputy Clerk      GLORIA ACEVEDO
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                           UNITED STATES DISTRICT COURT

3                          NORTHERN DISTRICT OF CALIFORNIA

4                              SAN FRANCISCO DIVISION

5

    UNITED STATES OF AMERICA,          )          No.
6                                      )
            Plaintiff,                 )
7                                      )
        v.                             )
8                                      )
    MARNI J. FRIEDMAN, M.D.,           )
9                                      )     **ANSWER OF GARNISHEE**
            Defendant.                 )
10   _____)
                                       )
11   BLUE CROSS OF CALIFORNIA, dba,    )
    ANTHEM BLUE CROSS OF               )
12   CALIFORNIA,                       )
                                       )
13          Garnishee.                 )
    _____)
14

15
        I, _____, being first duly sworn, hereby state the following:
16
        1.      I am the _____ of the Garnishee named in the above
17   caption.                (Official Title)

18   I am authorized to prepare this Answer on behalf of the Garnishee.

19      2.      The Garnishee was served with the Writ of Continuing Garnishment on

20   _____ in this action.

21      3.      The Garnishee recognizes the Defendant recognized as an active medical

22   provider.  Yes_____  No_____

23      4.      The Garnishee currently has custody, control, or possession of earnings, including

24   fee allowances or fee-for service disbursements, money or property of the Defendant.  Yes____

25   No____

26      5.      The Garnishee expects to obtain custody, control, or possession of earnings,

27   including fee allowances or fee-for-service disbursements,  money or property of the Defendant

28

    Answer of Garnishee
    Blue Cross of California
    CV 09-80101 MISC WHA

in the foreseeable future.  Yes_____  No_____

6.      The Garnishee has paid the Defendant money, including fee allowances or fee-for-service disbursements prior to the service of the Writ of Garnishment?  Yes_____  No_____  If the answer is yes, then provide the following information for each item of such property:

| Type of Payment | Amount | Date Payment Was Disbursed |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

7.      For the pay period in effect on the date of service of this Writ of Continuing Garnishment, the Garnishee states as follows:

      a.      Defendant was in my/our employ.  Yes_____  No_____

      b.      The Defendant's pay period is __weekly,  _____bi-weekly, ___ semi-monthly, __ monthly.

      c.      The Defendant's present pay period began on _____.
("Present" means the pay period in which the Writ of Continuing Garnishment was served.)

      d.      The Defendant's present pay period ends on _____.

      e.      The Defendant's net wages are as calculated below:

            (1) Gross Pay             $_____

            (2) Federal income tax   $_____

            (3) F.I.C.A. tax         $_____

            (4) State income tax     $_____

            (5) Total of tax withholdings $_____

            Net Wages            $_____
            (gross pay minus above withheld taxes)

8.      Are there any other garnishments currently in effect?  Yes_____  No_____  If the answers is yes, describe below and attach to this Answer a copy of each garnishment:

_____

_____

9.      Will the Garnishee owe the Defendant money in the foreseeable future?   Yes____

No____   If the answer is yes, provide the reason why such money will be owed, the amount of

money that will be owed, and the date or dates on which each payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

10.     Does the Garnishee currently have custody, control or possession of property

(other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant

maintains an interest?   Yes____   No____   If the answer is yes, then provide the following

information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

11.     Does the Garnishee expect to obtain in the foreseeable future custody, control or

possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in

which the Defendant maintains an interest?   Yes____   No____   If the answer is yes, then

provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |

4. _____  _____      _____  _____

    12.    Does the Garnishee have any objections or defenses to the Writ of Continuing

Garnishment?   Yes_____   No_____   If the answer is yes, list the nature and basis of each

objection and/or defense:

_____

_____

_____

_____

_____

1         I hereby certify under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3                                    BLUE CROSS OF CALIFORNIA

4

5    Dated: _____          By:_____
                                     (Sign above and type or print
6                                      name below)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer of Garnishee
Blue Cross of California
CV 09-80101 MISC WHA           -5-

## CERTIFICATE OF SERVICE

I, _____, declare:

That I am a citizen of the United States and employed in the County of _____,

State of _____; that my business address is

_____; that I am over the age of

eighteen years; and that I am not a party to the above-entitled action;

That on _____, I deposited in the United States mails, in envelopes

bearing the requisite postage, a copy of:

### ANSWER OF GARNISHEE

addressed separately to each of the following:

Marni J. Friedman, M.D.
325 Donna's Lane
Hollister, CA 95023

Stephen L. Johnson
Assistant U. S. Attorney
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102

at their last known addresses at which place there is service by United States mail.

This Certificate is executed on _____, at _____.

I certify under penalty of perjury that the foregoing is true and correct.


_____
(Sign above and type or print
name below)