IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARNI J. FRIEDMAN, M.D.,<br><br>    Defendant.<br>_____/<br>BLUE CROSS OF CALIFORNIA, dba, ANTHEM BLUE CROSS OF CALIFORNIA,<br><br>    Garnishee.<br>_____/ | No. C 09-80101 WHA<br><br>**ORDER SETTING HEARING ON WRIT OF GARNISHMENT** |

The undersigned has received defendant's request for a hearing in this matter due to a claimed exemption in the property to be garnished. Specifically, defendant claims an exemption of $11,200 under 11 U.S.C. 522(d)(5). Defendant shall file a brief setting forth the basis of this exemption (including all calculations) by **NOON ON TUESDAY, FEBRUARY 13**. The government may file an opposition by **NOON ON FRIDAY, FEBRUARY 16**. A hearing on this matter is scheduled for **8:00 A.M. ON APRIL 22, 2010**.

**IT IS SO ORDERED.**

Dated: April 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE