1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorneys
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California  94102
   Telephone: (415) 436-7161
7  Facsimile:  (415) 436-7169
   stephen.johnson1@usdoj.gov
8
   Attorneys for United States of America
9
            UNITED STATES DISTRICT COURT
10
            NORTHERN DISTRICT OF CALIFORNIA
11

13  UNITED STATES OF AMERICA,            )   No.  CV 09-80101 WHA
                                         )
14          Plaintiff,                   )
                                         )
15       v.                              )   **ORDER APPROVING
                                         )   STIPULATION TO CONTINUE
16  MARNI J. FRIEDMAN, M.D.,             )   HEARING AND BRIEFING
                                         )   SCHEDULE ON WRIT OF
17          Defendant.                   )   GARNISHMENT**
                                         )
18  _____  )
                                         )
    BLUE CROSS OF CALIFORNIA, dba        )
19  ANTHEM BLUE CROSS OF                 )
    CALIFORNIA,                          )
20                                       )
            Garnishee.                   )
21  _____  )

22      The Court, having considered the Stipulation to Continue Hearing and Briefing Schedule

23  on Writ of Garnishment, notice being proper and good cause appearing, hereby approves the

24  stipulation. **Defendant shall explain the basis of any exemption claimed by May 18, 2010.**

25      IT IS SO ORDERED.

27  Dated:  April 14, 2010.
                                              _____
28                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

    PROPOSED ORDER
    No.  CV 09-80101 WHA