IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARNI J. FRIEDMAN, M.D.,<br><br>    Defendant.<br>　 ／<br>BLUE CROSS OF CALIFORNIA, dba, ANTHEM BLUE CROSS OF CALIFORNIA,<br><br>    Garnishee.<br>　 ／ | No. C 09-80101 WHA<br><br>**ORDER REGARDING UPCOMING HEARING** |

In light of the answer recently filed by the garnishee in this action, the government shall advise the Court **BY NOON ON FRIDAY, MAY 18** whether a hearing on this matter is still necessary.

**IT IS SO ORDERED.**

Dated: May 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE